Robert M. S. Putnam, Respondent, *v.* Lincoln Safe Deposit Company et al., Respondents, and Harry P. Pendrick, as Administrator with the Will Annexed of Mary S. Putnam, Deceased, et al., Appellants.

(Argued March 9, 1908; decided March 13, 1908.)

Motion to amend remittitur. (See 191 N. Y. 166.)

Motion granted and remittitur amended so as to read: "Interlocutory judgment affirmed, judgment of the Appellate Division, so far as it modified and affirmed the final judgment, reversed and a new trial ordered pursuant to the interlocutory judgment, before the court or before another referee as the court below shall determine; costs to abide the final award of costs."

---

Michael Power, as Trustee for Creditors of Garret M. Taylor, Appellant, *v.* P. Anthony Brock, Individually and as Trustee for Philip Semmer Glass Company, Limited, et al., Respondents.

*Power* v. *Brock*, 115 App. Div. 907, affirmed.
(Argued March 2, 1908; decided March 31, 1908.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 19, 1906, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to impress an equitable lien upon real property.

*William F. Clare* for appellant.

*Frederick M. Czaki, Joseph Fried, James A. Deering, Frank A. Clary* and *Martin Conboy* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Haight, Vann, Werner, Willard Bartlett and Chase, JJ.